STATE OF CONNECTICUT *v.* PAUL B. WOHLER

The state of Connecticut's petition for certification for appeal from the Appellate Court, 30 Conn. App. 571 (AC 11030), is granted, limited to the following issue:

"When a charging document conjunctively alleges a crime to have been committed in more than one way, must the state prove commission of both methods?"

The Supreme Court docket number is SC 14798.

*Leah Hawley,* assistant state's attorney, in support of the petition.

*Arthur P. Meisler,* in opposition.

Decided June 24, 1993

ALEXANDER CHURCHILL ET AL. *v.* HELEN SKJERDING, EXECUTRIX (ESTATE OF EVA CHURCHLOW), ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 31 Conn. App. 247 (AC 11253), is denied.

*Irving H. Perlmutter,* in support of the petition.

*Deborah M. DelBuono* and *Frederic E. Mascolo,* in opposition.

Decided June 24, 1993

BARBARA JEANE BLANCATO ET AL. *v.* SEBASTIAN RANDINO (14781)

Upon reconsideration, sua sponte, of our order of May 26, 1993 (226 Conn. 904), granting the plaintiffs' petition for certification to appeal, that order is vacated, the petition for certification is granted and the case is remanded to the Appellate Court for reconsideration in light of this court's decision in *Curry* v. *Burns,* 225 Conn. 782 (1993).

Decided June 24, 1993